# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2022

*The Court of Appeals hereby passes the following order:*

**A22A0696. QUENTIN WATKINS v. DEBT FREE REAL ESTATE HOLDINGS, LLC.**

After purchasing Quentin Watkins's condominium at a judicial foreclosure sale, Debt Free Real Estate Holdings, LLC filed an action against Watkins in magistrate court seeking possession of the property. Following a hearing, the magistrate court ruled in favor of Debt Free and issued a writ of possession. Watkins appealed that order to the superior court, seeking a de novo review. The superior court affirmed the magistrate court's finding that Debt Free was entitled to possession of the property in question. Watkins then filed this appeal. We, however, lack of jurisdiction.

An appeal from an order of the state or superior court reviewing de novo a decision of the magistrate court must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists, Inc. v. State*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). Accordingly, Watkins's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*__01/10/2022__

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*